

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARTIN RODRIGUEZ, | § | No. 08-17-00113-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 83rd District Court |
| CEMEX, INC., | | |
| | § | of Pecos County, Texas |
| Appellee. | | |
| | § | (TC# P-7295-83-CV) |
| | | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the trial court's judgment granting summary judgment in Appellee's favor on Appellant's premises liability claim. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with our opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2019.

GINA M. PALAFOX, Justice

Before Rodriguez, J., Palafox, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment